KRAMER, Admrx., Plaintiff-Appellee v. GASKILL et, Defendants-Appellants; BAPTIST HOME OF OHIO, Defendant-Appellee.

Ohio Appeals, Eighth District, Cuyahoga County.

No. 19116. Decided June 21, 1943.

L. R. Landfear, Cleveland, for plaintiff-appellee and defendant-appellee.

Suggs Garber, Cleveland, for defendant-appellant.

ROSS, P. J., MATTHEWS and HILDEBRANT, JJ. (1st District) sitting by appointment.

## OPINION

BY THE COURT:

We find no error in the proceedings of the Probate Court and we also find that **Art. IV, §8 of the Ohio Constitution** authorizes the General Assembly to confer jurisdiction upon the Probate Court over other subjects than those expressly enumerated in the section. The General Assembly under this power enacted **§§10509-234 et seq., GC,** conferring jurisdiction to direct the completion of written contracts made by a decedent when the other party to the contract consents.

We find also that the procedure provided conforms with due process as required by the Ohio Constitution and the XIV Amendment of the Constitution of the United States.

The judgment is affirmed.

ROSS, P. J., MATTHEWS and HILDEBRANT, JJ., concur.